**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6019**

OTTIS MCGILL,

              Plaintiff - Appellant,

     v.

JON DAVID, District Attorney; IRINE G. RIEL, Prosecutor,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:16-ct-03079-BO)

Submitted: March 14, 2017          Decided: March 17, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ottis McGill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ottis McGill appeals the district court's order dismissing without prejudice* his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McGill v. David, No. 5:15-ct-03079-BO (E.D.N.C. Dec. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We conclude that the district court's order is final and appealable. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623–24, 629–30 (4th Cir. 2015).